**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:  CASE NUMBER: 8:12-bk-13631-MGW
  Chapter 13

MICHAEL ANTHONY KELLNER
    Debtor
_____/

**ORDER ALLOWING AND DISALLOWING CLAIMS**
**AND ORDERING DISBURSEMENTS**

THIS MATTER came on for consideration following the entry of an Order Confirming Plan, for reason of allowing and disallowing claims filed in this case and ordering disbursements from the Plan payments received by the Chapter 13 Standing Trustee. Accordingly, it is

ORDERED as follows:

1. That the secured claims as set forth upon the attached Exhibit "A", and those unsecured claims as set forth upon the attached Exhibit "B", be and they are hereby allowed.

2. The priority claims as set forth upon Exhibit "C" are hereby allowed.

3. Those claims as set forth upon Exhibit "D" are hereby allowed, however, the Trustee shall not make distribution upon such claims.

4. Those duplicate claims as set forth upon Exhibit "E" are hereby disallowed.

5. Those claims which were filed after the bar date for filing claims as set forth Upon Exhibit "F" are hereby disallowed.

6. That disbursements shall commence and be made by the Trustee as soon as monies therefore become available, and at as regular intervals as possible, and such disbursements shall be made in the following order, amounts and for the purposes indicated:

(a) The Trustee, for his compensation and actual necessary expenses, the percentage fee amount as fixed in the Orders by the Director of the Executive Office for United States Trustees of payments actually made under the Plan.

(b) Creditors, secured, priority and unsecured, in accordance with the confirmed Plan as amended by the Order Confirming Plan.

7. That the Trustee shall before the expiration of six (6) months from the date of this Order, and not less frequently than every six (6) months thereafter, file his report herein showing funds received and disbursed, and to whom, during each reporting period, and the balance-on-hand, and upon conclusion of the proceeding a final report with the like showings for the entire period of administration. Such report shall be in addition to the Trustee's obligations to furnish reports to the Clerk of this Court pursuant to the Judicial Conferences Guidelines for Chapter 13 Administration.

8. The Court reserves jurisdiction to vacate, alter, or amend the foregoing orders upon such notice and after such hearing as the Court may prescribe.

9. Leave is hereby granted to any interested party to file a motion for reconsideration of this Order within thirty (30) days of the date hereof.

ORDERED at Tampa, Florida, on _July 02, 2013_

_____
MICHAEL G. WILLIAMSON
UNITED STATES BANKRUPTCY JUDGE

Trustee Terry E. Smith, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

TES/web                                                                                                   C13T  May 29, 2013

Case Number: 8:12-bk-13631-MGW

**EXHIBIT "A"**
**ALLOWED SECURED CLAIMS RECEIVING DISTRIBUTION**

No.  2  NEW YORK STATE DEPT.  *
No.  6  U.S. TREASURY SERVICE  *          (Secured Portion)     $ 10,735.62

* See Exhibit A of the Order Confirming Plan

**EXHIBIT "B"**
**ALLOWED UNSECURED CLAIMS RECEIVING DISTRIBUTION**

NONE

**EXHIBIT "C"**
**ALLOWED CLAIMS HAVING PRIORITY AND ATTORNEYS' FEES**

No.  6  U.S. TREASURY                                         $  3,012.83
No. 00  LAW OFFICES CHRISTIE D. ARKOVICH, P.A.                $  2,275.00

**EXHIBIT "D"**
**CLAIMS ARE ALLOWED, BUT SHALL NOT RECEIVE ANY PAYMENT FROM THE CHAPTER 13 TRUSTEE UNDER THE CONFIRMED PLAN**

No.  1  PALISADES COLLECTIONS / HERITAGE CHASE  *
No.  3  AMERICAN INFOSOURCE / SHERMAN ACQ.  *
No.  4  AMERICAN INFOSOURCE / DELL FINANCIAL  *
No.  5  JEFFERSON CAP. / TARGET  *
No.  6  U.S. TREASURY                         (Unsecured)    $   454.59  *
No.  7  CAPITAL ONE BANK  *
No.  8  JEFFERSON CAP. / WORLD PERKS VISA  *
No.  9  CAPITAL REC. / CITIFINANCIAL  *
No. 10  CAPITAL REC. / SEARS PREMIER CARD  *
No. 11  ASSET ACCEPT. / VICTORIA'S SECRET  *
No. 12  ASSET ACCEPT. / MATTRESS GIANT  *

* Zero Monies to Unsecured.

**EXHIBIT "E"**
**DISALLOWED DUPLICATE CLAIMS**

NONE

Case Number: 8:12-bk-13631-MGW

| **EXHIBIT "F"** | **FILING** | **ACTUAL** |
| --- | --- | --- |
| **DISALLOWED LATE CLAIMS** | **EXPIRATION DATE** | **DATE FILED** |

NONE

**ADDITIONAL DISCLOSURE**

NONE

**ESTIMATED TOTAL LENGTH OF PLAN AT THIS TIME:  60  MONTHS. CERTAIN ADJUSTMENTS TO CLAIMS MAY OCCUR DURING THE LIFE OF THE PLAN THAT COULD AFFECT THE PAYMENT AMOUNTS AND/OR LENGTH OF PLAN.**